IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:18CR64 |
| | ) | |
| PABLO RANGEL-RUBIO | ) | |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
2-27 2018
Deputy Clerk

ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED, that JORGE MALDONADO, a certified or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $202.00 per day, with a minimum of one-half day's compensation of $111.00 to be paid for each appearance.

Any claim for overtime shall be paid at the rate of $35.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U. S. Probation Office shall be made on Form A. O. 322. Claim for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U. S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to services being rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this 27th day of February, 20187.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA